**Order entered March 5, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00755-CV

## IN THE ESTATE OF RAFFAELE MARTINI PANDOZY

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03717-1**

## ORDER

Before the Court is appellant's March 2, 2020 motion for extension of time to file corrected brief and appellee's March 3, 2020 response opposing the extension and requesting the appeal be dismissed. We **DENY** the request to dismiss the appeal. We **GRANT** the extension motion and **ORDER** the corrected brief be filed no later than March 17, 2020.

/s/    ERIN A. NOWELL
        JUSTICE